JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTACK RESEARCH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>**PANASONIC AVIONICS CORPORATION,** a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 8:24-cv-01607-JVS-ADS<br>*Assigned to District Judge: James V. Selna*<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE [36]** |

**ORDER TO DISMISS ACTION WITH PREJUDICE**

Having considered the Parties' Joint Stipulation for Dismissal of the Entire Action with Prejudice, and finding that good cause exists, the Court hereby ORDERS that this Action is hereby DISMISSED with prejudice in its entirety, subject to a party's ability to enforce the parties' written settlement agreement pursuant to California Code of Civil Procedure Section 664.6.

IT IS SO ORDERED.

Dated: May 08, 2025

_____
Hon. James V. Selna
United States District Judge